# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re | : | Chapter 13 |
| | : | |
| Lawrence Tyrone Honesty | : | |
| | : | |
| Debtor | : | Bankruptcy No. 16-18386 |

## ORDER

AND NOW, it is ORDERED that since the debtor(s) have failed to timely file the documents required by the order dated 12/06/2016 and this case is hereby DISMISSED.

December 21, 2016

*Magdeline D. Coleman*
Magdeline D. Coleman
United States Bankruptcy Judge

Missing Documents:
- Matrix List of Creditors
- Chapter 13 Plan
- Chapter 13 Statement of Your Current Monthly Income and Calculation of Commitment Period Form 122C-1
- Means Test Calculation Form 122C-2
- Schedules AB-J
- Statement of Financial Affairs
- Summary of Assets and Liabilities Form B106